*E-FILED - 2/9/10*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN ABPIKAR, | No. C 09-1500 RMW (PR) |
| Petitioner, | JUDGMENT |
| vs. | |
| JANET NAPOLITANO, et al., | |
| Respondents. | |

The court has dismissed the instant petition for writ of habeas corpus. A judgment of dismissal is entered. The clerk shall close the file.

IT IS SO ORDERED.

DATED: 2/8/10

*Ronald M. Whyte*
RONALD M. WHYTE
United States District Judge

Judgment
P:\PRO-SE\SJ.Rmw\HC.09\Abpikar500jud.wpd